IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION
NO.:7:08-cv-00193 FL

| | | |
|---|---|---|
| RASHEED ABDUR RAHMAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING ATTORNEY'S |
| MICHAEL J. ASTRUE, | ) | FEES PURSUANT TO |
| Commissioner of | ) | 42 U.S.C. § 406 (b) |
| Social Security Administration | ) | |
| | ) | |
| Defendant | ) | |

Judgment and Order were entered by this Court reversing the decision of the Commissioner under sentence four of 42 U.S § 405(g) and remanding this case to the Commissioner.

Pending before the Court is attorney James B. Gillespie, 's (Plaintiff's counsel) Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b). Plaintiff's counsel requests an award of attorney fees in the amount of $10,431 from retroactive benefits of $82,926. Defendant does not object. Plaintiff's counsel is crediting to Plaintiff $5,000 awarded under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412 and $5,300 awarded for Services before the Commissioner.

Plaintiff's Counsel Motion is hereby GRANTED. Defendant is Ordered to pay $10,431 to plaintiff's counsel, James B. Gillespie, and to pay Plaintiff directly any remaining withheld benefits.

This the 11th day of June, 2010.

_____
LOUISE FLANAGAN
CHIEF UNITED STATES DISTRICT COURT JUDGE